1000

No. 76–335. WILLIAMS *v.* USERY, SECRETARY OF LABOR, ET AL. C. A. 5th Cir. Certiorari denied.

No. 76–337. DAVIS *v.* UNITED STATES; and
No. 76–356. CHARNAY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–376. MACKEY *v.* UNITED STATES; and
No. 76–5237. NELSON *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–381. CONLEY *v.* HAMPTON, CHAIRMAN, U. S. CIVIL SERVICE COMMISSION, ET AL. C. A. 4th Cir. Certiorari denied.

No. 76–388. NIEDERMEYER ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 76–394.. TIMMONS *v.* LAWTON ET AL. C. A. 4th Cir. Certiorari denied.

No. 76–402. ALBERGO *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 76–420. RUSSO *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 76–427. GROVES ET UX. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 76–429. GRAY *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 76–434. PHILLIPS *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 76–510. LIBERTY MUTUAL INSURANCE Co. *v.* WETZEL ET AL. Petition for certiorari before judgment to C. A. 3d denied.